IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RYAN NORMAN,

    Plaintiff,

v.                                      CASE NO.: 1:20-cv-116-MW/GRJ

POWER PRODUCTION MANAGEMENT INC.,
POWER PRODUCTION MANAGEMENT
HOLDINGS, INC., FRANKCRUM 5 INC, and
5Z005-FRANKCRUM 5 INC,

    Defendants.
_____/

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff RYAN NORMAN and Defendants POWER PRODUCTION MANAGEMENT INC. and POWER PRODUCTION MANAGEMENT HOLDINGS, INC. (the "parties") jointly file this Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice and state:

1. At the settlement conference with the Honorable Magistrate Judge Gary R. Jones, the parties reached a full and complete settlement of Plaintiff's claims under the Fair Labor Standards Act and other claims raised by Plaintiff against Defendants.

2.	Because the Court conducted the settlement conference, the Court is fully apprised of the issues raised in the complaint, the position of the parties and the terms of the settlement by the parties.

3.	Upon the receipt of all settlement payments, Plaintiff agrees to the dismissal of this matter with prejudice against all defendants and stipulates to a final order of dismissal. The parties agree that the Court shall retain jurisdiction to enforce the terms of the settlement.

4.	The parties are independently represented by counsel and have agreed to settle this case voluntarily and knowingly.

5.	The settlement is a fair and reasonable resolution of a bona fide dispute.

6.	Counsel for Defendants FRANKCRUM 5 INC, and 5Z005-FRANKCRUM 5 INC has no objection to the relief requested in this motion.

WHEREFORE, the parties request that this Motion be granted, the settlement be approved, and this matter be dismissed with prejudice against all defendants upon the payment of all settlement sums.

Respectfully submitted this 9th day of December, 2020.

| | |
|---|---|
| /s/ Miguel Bouzas<br>Miguel Bouzas<br>Florida Bar No.: 48943<br>Primary: miguel@fgbolaw.com<br>Secondary: gina@fgbolaw.com<br>FLORIN GRAY BOUZAS OWENS, LLC<br>16524 Pointe Village Drive, Suite 100<br>Lutz, FL 33558<br>Telephone (727) 254-5255<br>Facsimile (727) 483-7942<br>Counsel for Plaintiff RYAN NORMAN | s/ Paul A. Donnelly<br>Paul A. Donnelly<br>Florida Bar No. 813613<br>paul@donnellygross.com<br>s/ Jung Yoon<br>Jung Yoon<br>Florida Bar No. 0599611<br>jung@donnellygross.com<br>Donnelly + Gross<br>2421 NW 41st Street, Suite A-1<br>Gainesville, FL 32606<br>Telephone: (352) 374-4001<br>Facsimile: (352) 374-4046<br>Counsel for Defendants |